**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30075 |
| Plaintiff-Appellee, | D.C. No. 2:06-cr-02140-FVS |
| v. | |
| PERFECTO ACEVEDO SANCHEZ, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Fred Van Sickle, District Judge, Presiding

Submitted May 8, 2017[**]

Before:    REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

Perfecto Acevedo Sanchez appeals from the district court's order granting in part his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Sanchez contends that the district court abused its discretion by denying him a further sentence reduction under Amendment 782 to the Sentencing Guidelines. The district court did not abuse its discretion by reducing Sanchez's sentence from 210 to 189 months. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013). Moreover, contrary to Sanchez's contention, the record reflects that the district court considered his arguments for a greater sentence reduction and the 18 U.S.C. § 3553(a) sentencing factors. *See United States v. Trujillo*, 713 F.3d 1003, 1009 (9th Cir. 2013).

**AFFIRMED.**